# NORBERTO ARSUAGA RAMOS

*v.*

# JUAN BAUTISTA ARSUAGA ET AL.

San Juan, Equity, No. 845.

As no original jurisdiction in probate matters is conferred by law upon the United States district court for Porto Rico, but such jurisdiction exists under the law exclusively in the insular district courts, and as the laws of Porto Rico relating to probate matters, and particularly to heirship, designate the manner in which the same shall be declared and by what particular tribunal, the United States district court for Porto Rico has no jurisdiction to consider a claim of heirship until the fact of heirship has been ascertained by the ·insular district court having exclusive original jurisdiction thereof.

Opinion filed June 26, 1912.

*Messrs. E. S. Paine* and *Henry G. Molina* for complainant.

*Messrs. F. H. Dexter* and *Eduardo Acuña* for respondents.

CHARLTON, Judge, delivered the following opinion:

It has been very difficult for me to reach a conclusion in this case. I have given the matter the most serious attention and continued application of which I am capable, together with the most complete examination that it was possible for me to give of the sources of the Spanish law and the adjudicated cases, and

while I am by no means certain that the conclusion which I have reached is correct, it is one from which I can see myself no rational escape, and I trust that, for the guidance of all of us in the future, the decision which I have reached will be submitted for the review of the appellate court.

I have concluded that, as no original jurisdiction in probate matters is conferred by law upon the United States district court for Porto Rico, but that such jurisdiction exists under the law exclusively in the insular district courts, and, as the laws of Porto Rico relating to probate matters, and particularly to heirship, designate the manner in which the same shall be declared, and by that particular tribunal, the United States dis-trict court for Porto Rico has no jurisdiction to consider a claim of heirship, such as is here put forward, until that fact has been ascertained by the insular district court having exclusive original jurisdiction thereof.

However, when the fact of heirship, in a manner properly ascertainable under the laws of Porto Rico, has been determined by the court having proper jurisdiction, this court would then, under the diversity of citizenship which exists between these parties, have concurrent jurisdiction with the district courts of Porto Rico to consider and determine the rights which are here alleged and which are here attacked, and that, under those circumstances, and with that jurisdiction, it would have the right and could determine any question of any character which could be raised between the parties to this suit.

The plea to the jurisdiction will therefore be sustained, and the case will be dismissed without prejudice and with the privilege of renewal, after the proper action is taken by the insular court.